**Order entered November 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01181-CV

## JAMES H. GENTRY, Appellant

## V.

## BENJAMIN N. SMITH, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03888-2018**

## ORDER

Before the Court is appellant's November 16, 2018 motion for a paper copy of the clerk's record. We **GRANT** the motion and **DIRECT** the Clerk of the Court to send appellant a paper copy of the clerk's record.

On our own motion, we **EXTEND** the deadline for filing appellant's amended brief to December 10, 2018.

/s/    DAVID EVANS
        JUSTICE